UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH J. HUDSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: C24-5210-BAT<br><br>**ORDER AMENDING SCHEDULING ORDER** |

Based upon Plaintiff's Unopposed Motion to Amend Scheduling Order, and that Defendant's counsel has no objection, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including July 1, 2024, to file Plaintiff's Opening Brief;
- Defendant shall have up to and including July 31, 2024, to file Defendant's Responsive Brief; and

//

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO AMEND SCHEDULING ORDER
[C24-5210-BAT] - 1

Vail, Cross & Associates
819 Martin Luther King Jr. Way
PO Box 5707
Tacoma, WA 98415-0707
(253) 383-8770 - Phone
(253) 383-8774 - Facsimile

- Plaintiff shall have up to and including August 14, 2024 to file a Reply Brief.

Dated this 13th of June, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:
Vail, Cross-Euteneier and Associates

  /s/ Inga P. Warrick
Inga P. Warrick, WSBA 56895
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proposed Order Granting Unopposed Motion to Amend Scheduling Order was filed with the Clerk of the Court on _____ using the CM/ECF system which will send notification of such filing to the following: L. Jamala Edwards.

_____
Danielle Roberts, Legal Assistant

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO AMEND SCHEDULING ORDER
[C24-5210-BAT] - 2

Vail, Cross & Associates
819 Martin Luther King Jr. Way
PO Box 5707
Tacoma, WA 98415-0707
(253) 383-8770 - Phone
(253) 383-8774 - Facsimile